**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| In re:<br><br>Richard L. Moody,<br><br>                    Debtor | Chapter 13<br>Case No. 18-20647 |

## ORDER GRANTING IN PART FEE APPLICATION OF MOLLEUR LAW OFFICE

Molleur Law Office filed the Final Application for Compensation dated May 11, 2023 [Dkt. No. 59] (the "Fee Application"). Notice of the hearing to consider the Fee Application was provided in accordance with the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and this Court's Local Rules. In the absence of timely objections or other responses to the Fee Application, the Court has reviewed the Fee Application and the docket in this case.

The Fee Application is granted in part on the terms set forth in this order. Molleur Law Office is awarded $1,197.50 as reasonable compensation for actual, necessary services rendered between September 24, 2019 and May 10, 2023, and $0 as reimbursement for actual, necessary expenses, for a total award of $1,197.50. This award is made under 11 U.S.C. § 330(a)(4)(B).

In making this award, the Court disallows compensation for services that were not necessary to the administration of the case and are therefore not compensable under 11 U.S.C. § 330(a)(1)(A). The Court also disallows compensation for services that were not performed by an attorney, or a paraprofessional person employed by an attorney, but were instead performed by a legal assistant. *See* 11 U.S.C. § 330(a)(1)(A) (enumerating persons whose services may be compensable). Compensation for clerical services, like uploading documents to the trustee, is likewise disallowed. *See* In re Abbott, No. 11-10059, 2016 WL 1643861, at *2 (Bankr. D. Me.

April 22, 2016).  The following entries on the billing detail attached to the Fee Application are

not compensable because each entry falls into one (or more) of the aforementioned categories:

| Date | Description | Timekeeper | Hours | Total |
|---|---|---|---|---|
| 11/19/20 | Reviewed file, trustee website re plan performance | JFM | 0.30 | $112.50 |
| 01/13/21 | Review Dec biz report, save and upload to Trustee | DLK | 0.10 | $11.50 |
| 04/05/21 | Review P&L, upload same to Trustee | DLK | 0.10 | $11.50 |
| 05/17/21 | Review & Redact 2020 Tax Returns. | TM | 0.10 | $7.50 |
| 06/04/21 | Review, save and upload monthly biz report | DLK | 0.10 | $11.50 |
| 06/24/21 | Reviewed file and trustee website re plan arrears and e-mail to DLK re same | JFM | 0.30 | $112.50 |
| 10/07/21 | Review September P&L, upload same to Trustee | DK | 0.10 | $11.50 |
| 11/08/21 | Review Oct biz report, save and upload to Trustee | DK | 0.10 | $11.50 |
| 12/07/21 | Review November biz report, upload to Trustee | DK | 0.10 | $11.50 |
| 01/13/22 | Review Dec P&L, upload same to trustee | DK | 0.10 | $11.50 |
| 02/15/22 | Review Jan biz report, upload same to trustee | DK | 0.10 | $11.50 |
| 03/14/22 | Review Feb P&L, upload same to trustee | DK | 0.10 | $11.50 |
| 04/22/22 | Redacted 2021 Tax Return | TM | 0.10 | $7.50 |
| 04/25/22 | Review, save, organize and upload 2021 taxes | DK | 0.10 | $11.50 |
| 05/11/22 | Review April P&L, upload to Trustee | DK | 0.10 | $11.50 |
| 06/14/22 | Review May biz report, save same and upload to Trustee | DK | 0.10 | $11.50 |
| 07/11/22 | Review and upload June biz report | DK | 0.10 | $11.50 |
| 09/08/22 | Review Aug biz report, upload same to Trustee | DK | 0.10 | $11.50 |
| 10/07/22 | Review Sept business report, upload same to Trustee | DK | 0.10 | $11.50 |
| 11/09/22 | Review case status and plan payments | DK | 0.10 | $11.50 |
| 11/16/22 | Review Oct P&L, upload same to Trustee | DK | 0.10 | $11.50 |
| 12/12/22 | Review Nov P&L, upload same to Trustee | DK | 0.10 | $11.50 |
| 01/10/23 | Review December P&L, upload same to Trustee | DK | 0.10 | $12.00 |

| 02/08/23 | Review Jan P&L, upload same to Trustee | DK | 0.10 | $12.00 |
|---|---|---|---|---|
| 03/14/23 | Receipt and Review of FEB P&L report; convert to trustee required format; submit to tee | ML | 0.10 | $12.00 |
| 04/07/23 | Receipt and Review of March P&L report; convert to trustee required format; submit to tee | ML | 0.10 | $12.00 |
| 05/09/23 | Receipt and Review of 2022 taxes; convert to trustee required format; submit to tee | ML | 0.20 | $24.00 |

Date: June 14, 2023

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine